**1**

**C. B. COTTRELL & SONS COMPANY, Appellant, v. CLAYBOURN PROCESS CORPORATION, Appellee.**

Circuit Court of Appeals, Seventh Circuit.
March 29, 1928.

No. 3896.

Appeal from the District Court of the United States for the Eastern District of Wisconsin.

Decree (17 F.[2d] 279) affirmed.

E. Clarkson Seward, of New York City, for appellant.

Louis Quarles, of Milwaukee, Wis., for appellee.

Before EVANS, PAGE, and ANDERSON, Circuit Judges.

PER CURIAM. Plaintiff brought suit on two patents the validity and infringement of which defendant contested. The District Court found for the defendant and dismissed the suit for want of equity. In disposing of the suit, Judge Geiger filed an opinion reported in (D. C.) 17 F.(2d) 279, which very fully discusses the validity of the patents. We have studied it thoroughly in the light of the exhaustive brief which appellant has filed, and we are convinced that the District Court reached the correct conclusion. The opinion of the District Court is so complete, and the reasons for the conclusion are so well stated, that further discussion of the merits by this court would be unjustifiable.

The decree is affirmed.

**2**

**C. F. HARMS COMPANY, Libelant-Appellee, v. CHIARELLO BROTHERS COMPANY, Respondent-Appellee; MT. VERNON BUILDERS' SUPPLY COMPANY et al., Respondents-Appellants.**

Circuit Court of Appeals, Second Circuit.
February 23, 1928.

No. 200.

Appeal from the District Court of the United States for the Southern District of New York.

Horace L. Cheyney, of New York City, for appellants.

Wm. F. Purdy and J. Newton Nash, both of New York City, for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed in open court. (No written opinion filed in court below.)

**3**

**CHIN TOY, Appellant, v. UNITED STATES of America, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
March 3, 1928.

Rehearing Denied March 31, 1928.
No. 5064.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

Chandler C. Luzenberg, of New Orleans, La., for appellant.

Wayne G. Borah, U. S. Atty., and E. E. Talbot, Asst. U. S. Atty., both of New Orleans, La., for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The order or decree appealed from is affirmed.

**4**

**CHIN WAH KEE, Appellant, v. UNITED STATES of America, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
March 3, 1928.

Rehearing Denied March 31, 1928.
No. 5063.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Louis H. Burns, Judge.

Chandler C. Luzenberg, of New Orleans, La., for appellant.

Wayne G. Borah, U. S. Atty., and E. E. Talbot, Asst. U. S. Atty., both of New Orleans, La., for the United States.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. The order or decree appealed from is affirmed.